**Opinion issued April 7, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00260-CV

_____

## IN RE CLYDE J. MOORE AND
## CLYDE J. MOORE ATTORNEY AT LAW, P.C., Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, Clyde J. Moore and Clyde J. Moore Attorney at Law, P.C., have filed a petition for writ of mandamus challenging the trial court's February 15, 2023 order granting a motion for new trial.[1] We deny the petition. Relators' related emergency stay motion is dismissed as moot.

### PER CURIAM

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.

---

[1] The underlying case is *Mark Broussard v. Clyde J. Moore and Clyde J. Moore Attorney at Law, P.C.*, cause number 2020-13443, pending in the 113th District Court of Harris County, Texas, the Honorable Rabeea Sultan Collier presiding.